441 A.2d 769

Commonwealth v. Shifflett, Appellant.

Submitted March 4, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BRO-SKY, JJ.

Judgment of sentence affirmed.

BROSKY, J., concurred in the result.